

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR:GSM
F. #2021R00231

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 13, 2021

<u>By ECF and Email</u>

The Honorable Eric M. Komitee
United States District Judge
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Kyle Balkissoon</u>
     <u>Criminal Docket No. 21-186 (EK)</u>

Dear Judge Komitee:

   The government respectfully submits this letter regarding the above-captioned matter. The defendant Kyle Balkissoon has been detained in pretrial custody continuously since his arrest by the New York City Police Department on February 7, 2021. Earlier this afternoon, The Honorable James R. Cho, United States Magistrate Judge, Eastern District of New York, ordered that the defendant be released from pretrial detention to home confinement. Judge Cho stayed his decision for 24 hours (until 3:00 p.m. on December 14, 2021) to allow the government time to appeal. Attached as Exhibit A is a redacted copy of Judge Cho's order authorizing the defendant's release (the "Order").

   The government respectfully requests that the Court schedule a hearing on the government's appeal of the Order. Given the 24-hour stay of the Order, the government

respectfully requests that the government's appeal be heard tomorrow or, in the alternative, that the Court extend the stay of the Order until the government's appeal is heard.

        Respectfully submitted,

        BREON PEACE
        United States Attorney
        Eastern District of New York

By:   /s/
        Garen S. Marshall
        Assistant U.S. Attorney
        (718) 254-6569

cc:     Clerk of Court (EK) (by ECF and email)
        Mia Eisner-Grynberg, Esq. (by ECF and email)