**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 22, 2021

**Via Email and ECF**
The Honorable Eric Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: **United States v. Kyle Balkissoon, 21-CR-186 (EK)**

Dear Judge Komitee,

  Pretrial Services has alerted me to an accidental oversight in the bond issued today in the above-captioned case.  Mr. Balkissoon remains on New York state parole, and is required to report to his parole officer upon his release.  We respectfully ask the Court to modify the bond so that Mr. Balkissoon can report to his parole officer as directed.

              Respectfully Submitted,

                 /s/
              Mia Eisner-Grynberg
              Staff Attorney
              (718) 330-1257

cc: Clerk of Court (EK) (by ECF and email)
   AUSA Garen Marshall (by ECF and email)